McCarthy **BARNES**, Jr., Petitioner

v.

**DEPARTMENT OF DEFENSE,**
**Respondent**

**2016-1754**

United States Court of Appeals,
Federal Circuit.

January 10, 2017

FREDERIC WILLARD SCHWARTZ, Law Office of Frederic W. Schwartz, Jr., Washington, DC, argued for petitioner.

RETA EMMA BEZAK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by MARK E. PORADA, CLAUDIA BURKE, ROBERT E. KIRSCHMAN, JR., BENJAMIN C. MIZER.

## JUDGMENT

Per Curiam (O'Malley, Bryson, and Reyna, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**